**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
JAN 21 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| RB&W MANUFACTURING LLC, by merger Successor of RB&W Corporation | ) ) | |
| Plaintiff | ) | |
| v. | ) | No. 02 C 8853 |
| | ) | |
| WILLIAM McKINLEY BUFORD III | ) | Hon. James F. Holderman |
| | ) | |
| Defendant | ) | |

**DOCKETED**
**JAN 2 2 2003**

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT

Plaintiff RB&W Manufacturing LLC, by its counsel Johnson & Bell, Ltd., applies pursuant to Federal Rule of Civil Procedure 55(a) for the Clerk's entry of default against defendant William McKinley Buford III.

The Affidavit of counsel for plaintiff, Daniel C. Murray, is attached hereto to detail the facts of defendant's default.

WHEREFORE, with the demonstration of defendant's default, the Clerk shall forthwith enter the default of the defendant William McKinley Buford III.

January 21, 2003

RB&W MANUFACTURING LLC

By: _Daniel Murray_
One of Its Attorneys

Daniel C. Murray
JOHNSON & BELL, LTD.
Suite 4100
55 East Monroe Street
Chicago, Illinois 60603-5896

Tel. 312 984 0226