| In the United States District Court For the Northern District of Illinois Eastern Division | |
|---|---|
| RB&W Manufacturing, LLC<br><br>v.<br><br>William M. Buford, III. | Recorder's Stamp |

No. 02 C 8853

## MEMORANDUM OF JUDGMENT

On <u>September 28, 2005</u>, judgment was entered in this court in favor of the plaintiff <u>RB&W Manufacturing, LLC</u>

and against defendant <u>William McKinley Buford, III</u>

whose address is <u>4840 South Cornell Avenue, Chicago, Illinois 60615</u>

in the amount of <u>$1,418,019.00</u> plus pre- and post-judgment interest and costs.

November 1, 2005

_____
Samuel Der-Yeghiayan
United States District Court Judge